Gov't Exhibit 1



Certification of Documents

Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form G-24
Internal Use

# United States of America

### Department of Homeland Security
### U.S. Citizenship and Immigration Services

11/15/2022

Date *(mm/dd/yyyy)*

### Certification of Documents

(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act (INA), and Title IV, Subtitle E, Section 451 and Section 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Service, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject: Sumakovic, Milica

Also known as (aka): N/A

File and/or Certificate Number: REDACTED

Number of Pages Copied: REDACTED

(Signature of Authorized Person)

Raedell Greer/Fields Records Manager
(Print Name and Title of Authorized Person)

Chicago IL
(Office of Authorized Person)

| Annotations |
|---|
| (3) Passports |
| (4) ID Cards |

Form G-24  06/04/13 N

Page 1 of 1



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
101 W Congress Pkwy
Chicago, IL 60605

**U.S. Citizenship and Immigration Services**

November 15, 2022

# Memorandum

TO: Tamara Atkinson
Special Agent
Homeland Security Investigation Chicago
U.S. Citizenship & Immigration Services

FROM: Raedell Greer
Supervisory Records and Information Management Specialist (Field Records Manager)

SUBJECT: Certified True Copy dated November 15, 2022

Dear Ms. Atkinson

In response to your request for Certified True from the U.S. Department of Homeland Security (DHS), U.S. Citizenship and Immigration Services (USCIS), attached is a certified copy of documents relating to the following subject:

Subject Name: Milica Sumakovic

File Number: REDACTED

*[signature: Raedell Greer]*
Raedell Greer
Records and Information Management Specialist (Field Records Manager)

www.uscis.gov

