UNITED STATES OF AMERICA
                  Plaintiff,

v.                                       Case No.: 1:20−cr−00750
                                                Honorable Ronald A. Guzman

Maja Nikolic, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 13, 2022:

      MINUTE entry before the Honorable Ronald A. Guzman as to Milica Sumakovic: There being no objection from the government or Pretrial Services, the Court grants Defendant's motion to modify the conditions of bond [122]. Defendant's conditions of bond are modified to remove the requirement that Defendant reside with a third−party custodian. Defendant is permitted to return to her own apartment, where she will continue on home incarceration and be monitored electronically. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.