UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No. 20 CR 750 |
| | ) Judge Guzman |
| MAJA NIKOLIC, et al. | ) |

**ORDER FOR PRE-SENTENCE PAYMENTS**

Upon the motion of the United States, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of the Court shall accept payment of the criminal financial obligations from any defendant or his or her designated representative and maintain such payment on deposit in the court's registry until the time of sentencing in this case; and it is further

ORDERED that pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment in this case, the Clerk of the Court shall withdraw and apply the deposited funds, together with any interest that has accrued, and after deduction for any required registry fees, to the criminal monetary penalties imposed against the defendant, including any special assessment, restitution, fine, and court costs.

E N T E R:

_Ronald A. Guzman_
United States District Judge

Date: 1/17/2023