UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MILICA SUMAKOVIC | No. 20 CR 750-6<br><br>Honorable Ronald A. Guzman |

## GOVERNMENT'S UNOPPOSED SUPPLEMENTAL REPORT

The UNITED STATES OF AMERICA, through JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully files this supplemental report pursuant to the Court's January 17, 2023 Minute Order, Dkt. 134, and state as follows:

1. Since the last court date, the government received $430,000 from the defendant, and tendered the amount to the Clerk of the Court on Jan. 20, 2023.

2. The defendant concedes that her employment authorization document has been revoked and she has relinquished it to DHS.

3. With regard to bond conditions, after conferring with the defense and Pretrial Services, the government anticipates the parties will present an agreed order that will include home incarceration and certain other standard conditions.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By:  /s/ *Malgorzata Tracz Kozaka*
       MALGORZATA TRACZ KOZAKA
       Special Assistant U.S. Attorney
       219 S. Dearborn St., Suite 500
       Chicago, IL 60604

Dated: January 23, 2023