**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| VS. ) | 20CR007506 |
| ) | |
| **MILICA SUMAKOVIC** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO CONTINUE STATUS DATE

**NOW COMES** the Defendant, Milica Sumakovic, by and through her attorney Richard M. Beuke and hereby requests that this Honorable Court continue her status date.

**IN SUPPORT** thereof the Defendant states as follows.

1. Defendant Milica Sumakovic's has a status date scheduled for March 2, 2023.

2. Ms. Sumakovic's appearance has been waived for her upcoming status date.

3. Defense counsel has a scheduling conflict and has spoken with the Government about resetting the status date.

4. All parties have agreed to proceeding with the status date on March 7, 2023 at 10:00 am.

Wherefore, due to the scheduling conflict of his attorney, the Defendant, Ms.

1

Sumakovic, respectfully request the status date set for March 2, 2023 be reset to March 7, 2023 at 10:00 am, and for Ms. Sumakovic's appearance to be waived.

                                             Respectfully submitted,

                                      /s/ **Richard M. Beuke**
                                             **Richard M. Beuke**
                                             Attorney for Defendant Sumakovic

**RICHARD M. BEUKE**
Attorney at Law
801 N. Cass, Suite 200
Westmont, Illinois 60559
Bus:   (312) 427-3050
Fax:   (312) 427-1215